IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00360-BNB

MICHAEL REA II (real property),

    Plaintiff,

v.

AGENTS (A.G.) FOR THE STATE OF COLORADO,
EIGHTH JUDICIAL DISTRICT COURT OF LARIMER COUNTY OFFICES,
DISTRICT DIRECTOR OF COLORADO (GOVERNOR), and
THE SECRETARY FOR THE STATE OF COLORADO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the documents titled "Motion to Compel Petitioners [sic] Service of Summons" (Doc. #6) and "Request registry of action" (Doc. No. 7) that Plaintiff, Michael Rea submitted to and filed with the Court on March 2, 2011. The motion to compel is DENIED as premature. The request for a copy of the registry of this action is GRANTED. The clerk of the Court is directed to mail to Mr. Rea, together with a copy of this minute order, a copy of the docketing record for this action. Mr. Rea's request for forms "for post-settlement and closure of the accounting forms" concerning the "BID-BOND on my criminal case back in Ft. Collins, CO __ 2002CR00315," *see* "Request registry of action" at 1, is DENIED. The Court does not have such forms.

Dated: March 3, 2011