FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 1 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00360-BNB

MICHAEL REA II (Real Property),

    Plaintiff,

v.

AGENTS (A.G.) FOR THE STATE OF COLORADO,
EIGHTH JUDICIAL DISTRICT COURT OF LARIMER COUNTY OFFICES,
DISTRICT DIRECTOR OF COLORADO (GOVERNOR), and
THE SECRETARY FOR THE STATE OF COLORADO,

    Defendants.

## ORDER OVERRULING OBJECTION

This matter is before the Court on the document titled "Petitioner/Claimants [sic] Notice of Objection for Failure to Process Service of Summons Purusuant [sic] to Rule C and Abuse of Process/Discretion in Violation of Federal Cost. and Common Law Rights to Fair Process" (document no. 12) that Plaintiff, Michael Rea II, filed with the Court *pro se* on March 14, 2011.

Mr. Rea fails to make clear whether he objects to Magistrate Judge Boyd N. Boland's February 24, 2011, order granting him leave to proceed pursuant to 28 U.S.C. § 1915 (document no. 5) to the extent it orders that process shall not issue until further order of the court, or whether he objects to Magistrate Judge Boland's March 3, 2011, minute order (document no. 8) denying as premature Plaintiff's "Motion to Compel Petitioners [sic] Service of Summons" (document no. 6). In any event, the Court will construe the objection liberally as an objection filed pursuant to 28 U.S.C. § 636(b)(1)(A). For the reasons stated below, the objection will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A), a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

In the February 24 order and March 3 minute order, Magistrate Judge Boland acted in compliance with Local Rule 8.2 of the Local Rules of Practice for this Court, which requires a judicial officer to review the pleadings of a prisoner prior to service. *See* D.C.COLO.LCivR 8.2. The Court concludes that neither Magistrate Judge Boland's February 24 order nor his March 3 minute order is clearly erroneous or contrary to law. Therefore, Mr. Rea's liberally construed objection will be overruled.

Accordingly, it is

ORDERED that the document titled "Petitioner/Claimants [sic] Notice of Objection for Failure to Process Service of Summons Purusuant [sic] to Rule C and Abuse of Process/Discretion in Violation of Federal Cost. and Common Law Rights to Fair Process" (document no. 12) that Plaintiff, Michael Rea II, submitted to and filed with the Court *pro se* on March 14, 2011, is overruled.

DATED at Denver, Colorado, this __1st__ day of ____April____, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00360–BNB

Michael D. Rea
Prisoner No. 118902
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on April 1, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk