IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00360-LTB

MICHAEL REA II,

     Plaintiff,

v.

COMMITTEE ON LEGAL SERVICES [C.R.S.] Title [18] - corporate capacity.  2002-03,

     Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     The "Petitioners [sic] Motion Demand for Jury Trial," filed by Plaintiff, Michael Rea II, on April 12, 2011, is DENIED as moot.  The complaint and this action were dismissed without prejudice on April 14, 2011.

Dated:  April 15, 2011

---